UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MATTHEW JARMAN,<br>　　　　Plaintiff,<br>　　v.<br>VII PEAKS CAPITAL LLC,<br>　　　　Defendant. | Case No. 15-cv-01391-DMR<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 1 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Maxine M. Chesney for consideration of whether the case is related to *VII Peaks Capital, LLC v. Jarman*, Case No. 14-cv-4426-MMC.

**IT IS SO ORDERED.**

Dated: April 6, 2015

_____
DONNA M. RYU
United States Magistrate Judge