**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MATTHEW JARMAN, (CONNECTING THE GLOBE, LLC) | No. C-15-1391 MMC |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| VII PEAKS CAPITAL LLC, | |
| Defendant. | |

_____/

By order filed May 15, 2015, the Court dismissed the "Complaint for Damages" filed on behalf of Connecting the Globe, LLC ("Connecting the Globe") and Michael Matthew Jarman ("Jarman").  As to all claims alleged on behalf of Connecting the Globe, the Court dismissed the complaint without prejudice to Connecting the Globe's refiling its claims through counsel of record; as to all claims alleged on behalf of Jarman, the Court dismissed the complaint with leave to amend to cure the deficiencies identified in the May 15, 2015 order.  Neither Connecting the Globe nor Jarman has filed an amended complaint within the time provided.

Accordingly, the above-titled action is hereby DISMISSED without prejudice as to Connecting the Globe and with prejudice as to Jarman.

The Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated:  June 23, 2015

MAXINE M. CHESNEY
United States District Judge